**FILED**

JAN 25 2017


CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER CORNELIUS SHIELDS, RYAN VINCENT HILL, DWIGHT DOMINIC DANIELS, and DEMARCUS Q. STEVENS,<br><br>Defendant. | Case: 4:14CR40140-KES<br><br><br>AMENDED FINAL ORDER OF FORFEITURE |

This court entered a preliminary order of forfeiture on June 7, 2016, ordering Xavier Cornelius Shields, Ryan Vincent Hill, Dwight Dominic Daniels, and Demarcus Q. Stevens to forfeit certain property, specified as: Brother GX6750 electronic typewriter, serial number L2K106633 and items taken from defendants' possession on September 25, 2013, including genuine U.S. currency and a Sony Playstation 3.

Notice of the preliminary order of forfeiture was given by publication from July 27, 2016, through and including August 25, 2016, and November 17, 2016, through December 16, 2016. No timely claim has been filed.

The court finds that Xavier Cornelius Shields, Ryan Vincent Hill, Dwight Dominic Daniels, and Demarcus Q. Stevens had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 492 and 982(a)(2)(B) by pleading guilty to a violation of 18 U.S.C. §§ 1344 and 1349.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described subject property is hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 492 and 982(a)(2()B), incorporating 21 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATED: January 25, 2017

BY THE COURT:

Karen E. Schreier
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

2